# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

DONALD M YEAGER,          :    No. 92 WM 2020

         Petitioner      :

         v.          :

BEAVER COUNTY COURT OF COMMON PLEAS,    :

         Respondent      :

## ORDER

**PER CURIAM**

**AND NOW**, this 3rd day of December, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED, WITHOUT PREJUDICE to Petitioner to file a subsequent motion for credit for time served in the Court of Common Pleas of Beaver County. It is further noted that the representation provided by Attorney Edward A. Knafelc, Petitioner's guilty plea counsel, may have ceased as of May 2018. *See* Pa.R.Crim.P. 120(a)(4) (in defining the duration of an attorney's representation of a criminal defendant, indicating that the attorney's appointment continues through direct appeal); *Commonwealth v. Olson*, 218 A.3d 863 (Pa. 2019) (stating that, when a criminal defendant does not pursue an appeal from his or her judgment of sentence, that judgment becomes final 30 days following its entry).

The Prothonotary is DIRECTED to serve this order on the President Judge of the Court of Common Pleas of Beaver County.